**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DARRIN BUCHTA, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:19-cv-00976 SRC |
| | ) |
| AIR EVAC EMS, INC., | ) |
| | ) |
| Defendant(s). | ) |

**JUDGMENT**

In accordance with the Memorandum and Order on this date,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Intervene [35] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Certify Class [42] is **DENIED**, as moot.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [43] is **GRANTED**.  The Court dismisses all the claims in this matter.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Intervene [51] is **DENIED**.

So Ordered this 10th day of August, 2020.

SL R. CR

**STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE**

1